1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ERIKA JOHNSON-BROOKS
4  Assistant United States Attorney
   California Bar Number: 210908
5       Room 7516 Federal Building                    JS-6
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0474
7       Facsimile: (213) 894-7819
        E-mail: Erika.Johnson@usdoj.gov
8
9  Attorneys for Federal Defendant

10
11                    UNITED STATES DISTRICT COURT
12                FOR THE CENTRAL DISTRICT OF CALIFORNIA
                              WESTERN DIVISION
13

| | | |
|---|---|---|
| 14 | MARISSA JORGENSEN, ROBERT ) | No. CV 09-1040 JFW (PJWx) |
|    | JORGENSEN, KRISTOFFER ) | |
| 15 | JORGENSEN, STEVEN JORGENSEN, ) | |
|    | WILLIAM JORGENSEN, MARINEL ) | |
| 16 | JORGENSEN ) | |
|    | ) | |
| 17 | Plaintiffs, ) | ORDER [PROPOSED] |
|    | ) | |
| 18 | v. ) | |
|    | ) | |
| 19 | GERALD HEINAUER, DIRECTOR OF ) | |
|    | THE NEBRASKA SERVICE CENTER, ) | |
| 20 | CITIZENSHIP AND IMMIGRATION ) | |
|    | SERVICES, ) | |
| 21 | ) | |
|    | Defendants. ) | |
| 22 | ) | |

23
   / / /
24
   / / /
25
26
27
28

## **ORDER**

Good cause appearing, IT IS SO ORDERED that this case is dismissed in its entirety without prejudice. Each party will bear its own attorney's fees and costs.

DATED: July 6, 2009

/s/
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE